IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Camel, Shawana L | Case Number: 04 B 22874 |
| | Judge: Hollis, Pamela S |
| Printed: 7/22/08 | Filed: 6/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 27, 2008
Confirmed: August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,198.98 |  |
| Secured: |  | 3,504.13 |
| Unsecured: |  | 2,737.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 489.76 |
| Other Funds: |  | 573.98 |
| Totals: | 10,198.98 | 10,198.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Greater Suburban Acceptance Co | Secured | 0.00 | 0.00 |
| 3. | Future Finance | Secured | 7,018.65 | 2,917.46 |
| 4. | American General Finance | Secured | 586.67 | 586.67 |
| 5. | Greater Suburban Acceptance Co | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 46.09 | 371.19 |
| 7. | Aspire Visa | Unsecured | 39.58 | 318.75 |
| 8. | Future Finance | Unsecured | 556.16 | 0.00 |
| 9. | Future Finance | Unsecured | 556.19 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 81.05 | 0.00 |
| 11. | Peoples Energy Credit Union | Unsecured | 80.00 | 0.00 |
| 12. | Illinois Dept Of Public Aid | Unsecured | 254.18 | 2,047.17 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 242.00 | 0.00 |
| 14. | AR Resources | Unsecured | | No Claim Filed |
| 15. | Cub Foods | Unsecured | | No Claim Filed |
| 16. | CB USA | Unsecured | | No Claim Filed |
| 17. | Chase | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | Jiffy Lube | Unsecured | | No Claim Filed |
| 25. | Memorial Park District Dept Of Poli | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Camel, Shawana L

Printed: 7/22/08

Case Number: 04 B 22874
Judge: Hollis, Pamela S
Filed: 6/16/04

| | | | | |
|---|---|---|---|---|
| 26. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 27. | Revenue Security Services | Unsecured | | No Claim Filed |
| 28. | Prodigy Communications | Unsecured | | No Claim Filed |
| 29. | Telecheck | Unsecured | | No Claim Filed |
| 30. | Village of Oak Park | Unsecured | | No Claim Filed |
| 31. | Kimball Hill Management Co | Unsecured | | No Claim Filed |

$ 12,354.57         $ 9,135.24

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 56.87 |
| 4% | 18.00 |
| 3% | 29.58 |
| 5.5% | 121.22 |
| 5% | 40.61 |
| 4.8% | 71.14 |
| 5.4% | 152.34 |
| | $ 489.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

